TREVOR J. HATFIELD, ESQ
Nevada Bar No. 7373
HATFIELD & ASSOCIATES, LTD.
703 S. Eighth Street
Las Vegas, Nevada 89101
Telephone:  (702) 388-4469
Facsimile:  (702) 924-2517
Email:  *thatfield@hatfieldlawassociates.com*

*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WEI LIU,<br><br>          Plaintiff,<br><br>   vs.<br><br>MANDALAY BAY, LLC dba MANDALAY BAY RESORT AND CASINO and MGM RESORTS INTERNATIONAL,<br><br>        Defendants. | CASE NO:   2:23-cv-01435-CDS-VCF<br><br><br>**MOTION FOR SUBSTITUTION OF COUNSEL FOR PLAINTIFF** |

TREVOR J. HATFIELD, ESQ., of the law firm Hatfield & Associates, Ltd., hereby moves on behalf of PLAINTIFF, WEI LIU, to substitute TREVOR J. HATFIELD, ESQ., of the law firm Hatfield & Associates, Ltd., in the place and stead of QUIXIA CASTILLO, ESQ. of the law firm Li Law Group, P.C. as attorney of record for Plaintiff in the above-entitled action. Attached and incorporated herein are the signatures of counsel and Plaintiff approving the

///

///

///

///

///

HATFIELD & ASSOCIATES, LTD.
703 8th Street  * Las Vegas, Nevada 89101
Telephone (702) 388-4469

Substitution of Counsel, pursuant to Exhibit 1.

DATED:  November 8, 2023                    HATFIELD & ASSOCIATES, LTD.

                                                      */s/ Trevor J. Hatfield*
                                            By: _____
                                            TREVOR J. HATFIELD
                                            Nevada Bar No. 7373
                                            703 South Eighth Street
                                            Las Vegas, Nevada 89101
                                            (702) 388-4469 Tel.
                                            (702) 924-2517 Fax
                                            *Email:thatfield@hatfieldlawassociates.com*
                                            *Attorney for Plaintiff*

### CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 8th day of  November, 2023, I filed and served the foregoing **MOTION FOR SUBSTITUTION OF COUNSEL FOR PLAINTIFF** with the Clerk of the Court using the ECF system which served the parties hereto electronically.

DATED:  The 8th day of November 2023                 */s/ Freda P. Brazier*
                                            By:_____
                                            An employee of Hatfield & Associates, Ltd.

HATFIELD & ASSOCIATES, LTD.
703 8th Street  * Las Vegas, Nevada 89101
Telephone (702) 388-4469

TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
**HATFIELD & ASSOCIATES, LTD.**
703 South Eighth Street
Las Vegas, Nevada 89101
(702) 388-4469 Tel.
(702) 386-9825 Fax
*thatfield@hatfieldlawassociates.com*

*Attorney for Plaintiff*

# UNITED STATE DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WEI LIU | CASE NO:  2:23-cv-01435-CDS-VCF |
| Plaintiff, | |
| vs. | **SUBSTITUTION OF ATTORNEY** |
| MANDALAY BAY, LLC dba MANDALAY BAY ARESORT AND CASINO and MGM RESORTS INTERNATIONAL | |
| Defendant. | |

I, WEI LIU, Plaintiff,  do hereby consent to the substitution of TREVOR J. HATFIELD, ESQ., of the law firm OF HATFIELD & ASSOCIATES, LTD., in the place and stead of QIUXIA CASTILLO, ESQ. of the law firm of LI LAW GROUP, P.C. as my attorney of record in the above-entitled action.

DATED this 8th day of November, 2023            _____*/s/ Wei Liu*_____

                                                                WEI LIU, Plaintiff

///

///

///

///

///

///

I, TREVOR J. HATFIELD, ESQ., of the law firm of HATFIELD & ASSOCIATES, LTD. do hereby agree to be substituted in the place of QIUXIA CASTILLO, ESQ. of the law firm of LI LAW GROUP, P.C., as attorney of record for the above-entitled Plaintiff.

DATED this 8th day of November 2023.                    HATFIELD & ASSOCIATES, LTD.

                                                        /s/ Trevor J. Hatfield
                                                        By: _____
                                                        Trevor J. Hatfield, Esq. (SBN 7373)
                                                        703 South Eighth Street
                                                        Las Vegas, Nevada 89101
                                                        (702) 388-4469 Tel.
                                                        (702) 924-2517 Fax
                                                        thatfield@hatfieldlawassociates.com

I, QIUXIA CASTILLO, ESQ., of the law firm of LI LAW GROUP am duly authorized to consent to the substitution of TREVOR J. HATFIELD, ESQ. of the law firm of HATFIELD & ASSOCIATES, LTD. in my place and stead as attorney of record for the above-entitled Plaintiff.

DATED this 8th day of November, 2023              LI LAW GROUP, P.C.

                                                        /s/ Qiuxia Castillo
                                                        By:_____
                                                        Qiuxia Castillo, Esq. (SBN 16212)
                                                        4990 S. Rainbow Boulevard #120
                                                        Las Vegas, Nevada 89118
                                                        Tel.:  (702) 626-2222
                                                        Fax:  (702) 600-5198
                                                        Email:  li@lilawgroup.com

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge
                    11-9-2023
DATED _____

2

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on the 8th day of November, 2023, I electronically filed the foregoing **SUBSTITUTION OF ATTORNEY** with the Clerk of the Court using the ECF system which served the parties hereto electronically.

DATED:   November 8, 2023

_____*/s/ Freda P. Brazier*_____
An Employee of Hatfield & Associates, Ltd.