1 TREVOR J. HATFIELD, ESQ.
Nevada Bar No. 7373
2 **HATFIELD & ASSOCIATES, LTD.**
3 703 South Eighth Street
Las Vegas, Nevada 89101
4 (702) 388-4469 Tel.
(702) 386-9825 Fax
5 *thatfield@hatfieldlawassociates.com*

6 *Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WEI LIU,<br><br>Plaintiff<br><br>vs.<br><br>MANDALAY BAY, LLC dba MANDALAY BAY RESORT AND CASINO and MGM RESORTS INTERNATIONAL,<br><br>Defendants | CASE NO: 2:23-cv-01435-CDS-MDC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO DEFENDANT'S SECOND MOTION TO DISMISS**<br><br>**(First Request)** |

COMES NOW, Plaintiff WEI LIU, (hereinafter "Plaintiff"), by and through his counsel of record, and Defendants MANDALAY BAY, LLC dba MANDALAY BAY RESORT AND CASINO and MGM RESORTS INTERNATIONAL (hereinafter "Defendant"), by and through its counsel of record, who do hereby stipulate and agree to extend time for Plaintiff to respond to Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint ("Motion") (ECF #34), due on July 9, 2024 to July 16, 2024. This request is submitted pursuant to LR IA 6-1, 6-2 and LR 7-1 and is the parties' first request for an extension of time for Plaintiff to respond to Defendant's Motion.

Good cause exists for this extension. Plaintiff's counsel has been on a two-week vacation and has not had an opportunity to review the Motion and formulate a response for Plaintiff. Defendant, via counsel, has courteously agreed to this extension of time for Plaintiff to file his

Response to Defendant's Motion. Accordingly, the parties request that Plaintiff shall have up to and including July 16, 2024 to respond to Defendant's Motion (ECF #34). Consistent with this extension, Defendant's reply to Plaintiff's response shall be due 7 days after filing and service of Plaintiff's response.

**IT IS SO STIPULATED.**

Dated: July 9, 2024

**HATFIELD & ASSOCIATES**

   /s/ Trevor J. Hatfield
By:_____
   TREVOR J. HATFIELD, ESQ. (SBN 7373)
   703 S. Eighth Street
   Las Vegas, Nevada 89101
   Tel: (702) 388-4469
   Email:  thatfield@hatfieldlawassociates.com
   *Attorney for Plaintiff*

Dated: July 9, 2024

**MGM RESORTS INTERNATIONAL**

   /s/  Scott R. Pettitt
By:_____
   SCOTT R. PETTITT, ESQ. (SBN 11682)
   6385 S. Rainbow Blvd., Suite 500
   Las Vegas, Nevada 89118
   Tel: (702) 692-1937
   Email: spettitt@mgmresorts.com
   *Attorneys for Defendants*

## **ORDER**

**IT IS SO ORDERED:**

_____
United States District Judge
Dated: July 15, 2024