Dana L. Howell, NV Bar # 11607
Scott R. Pettitt, NV Bar # 11682
MGM RESORTS INTERNATIONAL
6385 S. Rainbow Blvd., Suite 500
Las Vegas, NV 89118
Telephone: (702) 692-1937
Fax No.: (702) 669-4501
Emails: dhowell@mgmresorts.com
         spettitt@mgmresorts.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WEI LIU,<br><br>    Plaintiff,<br><br>vs.<br><br>MANDALAY BAY, LLC dba MANDALAY BAY RESORT AND CASINO and MGM RESORTS INTERNATIONAL,<br><br>    Defendants. | CASE NO: 2:23-cv-01435-CDS-MDC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S RESPONSE TO DEFENDANT'S SECOND MOTION TO DISMISS**<br><br>**(First Request)** |

COMES NOW, Defendants MANDALAY BAY, LLC and MGM RESORTS INTERNATIONAL (hereinafter "Defendant"), by and through his counsel of record, and Plaintiff WEI LIU (hereinafter "Plaintiff"), by and through its counsel of record, who do hereby stipulate and agree to extend time for Defendant to reply to Plaintiff's response to Defendants Motion to Dismiss Plaintiff's Second Amended Complaint ("Motion") (ECF #37), due on July 23, 2024 to August 7, 2024. This request is submitted pursuant to LR IA 6-1, 6-2 and LR 7-1 and is the parties' first request for an extension of time for Defendant to reply to Plaintiff's response.

Good cause exists for this extension. Defendant's counsel has a planned vacation during the week of the current due date and has not had sufficient time to review the response and formulate a reply. Plaintiff, via counsel, has courteously agreed to this extension of time for Defendant to file

1

his Reply to Plaintiff's Response to Defendant's second Motion to Dismiss. Accordingly, the parties request that Defendant shall have up to and including August 7, 2024 to respond to Plaintiff's reply to Motion (ECF #37).

**IT IS SO STIPULATED.**

Dated: July 22, 2024

**HATFIELD & ASSOCIATES**

By: /s/ Trevor J. Hatfield
TREVOR J. HATFIELD, ESQ. (SBN 7373)
703 S. Eighth Street
Las Vegas, Nevada 89101
Tel: (702) 388-4469
Email: thatfield@hatfieldlawassociates.com
*Attorney for Plaintiff*

Dated: July 22, 2024

**MGM RESORTS INTERNATIONAL**

By: /s/ Scott R. Pettitt
SCOTT R. PETTITT, ESQ. (SBN 11682)
6385 S. Rainbow Blvd., Suite 500
Las Vegas, Nevada 89118
Tel: (702) 692-1937
Email: spettitt@mgmresorts.com
*Attorneys for Defendants*

## **ORDER**

**IT IS SO ORDERED:**

DATED this 2nd day of August, 2024.

_____
United States Magistrate Judge

2

## CERTIFICATE OF SERVICE

I certify that on the 22nd day of July, 2024, I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S REPLY TO DEFENDANT'S SECOND MOTION TO DISMISS** with the Clerk of the Court using the ECF system which served the parties hereto electronically.

DATED:  July 22, 2024                    By:    /s/ Yvette Jauregui
                                                An employee of MGM Resorts International.