TREVOR J. HATFIELD, ESQ
Nevada Bar No. 7373
HATFIELD & ASSOCIATES, LTD.
703 S. Eighth Street
Las Vegas, Nevada 89101
Telephone: (702) 388-4469
Facsimile: (702) 924-2517
Email: *thatfield@hatfieldlawassociates.com*

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WEI LIU,<br><br>Plaintiff,<br><br>vs.<br><br>MANDALAY BAY, LLC dba MANDALAY BAY RESORT AND CASINO and MGM RESORTS INTERNATIONAL<br><br>Defendants. | CASE NO: 2:23-cv-01435-CDS-MDC<br><br>**NOTICE OF SETTLEMENT; STIPULATION TO VACATE EARLY NEUTRAL EVALUATION; PROPOSED ORDER REGARDING SAME** |

Plaintiff WEI LIU by and through his counsel, Trevor J. Hatfield, Esq. of the law firm of Hatfield & Associates, Ltd., and MANDALAY BAY, LLC, dba MANDALAY BAY RESORT AND CASINO and MGM RESORTS INTERNATIONAL, by and through its counsel, hereby notify the Court that the parties have reached a confidential resolution to the above-captioned action and anticipate filing a stipulation re: dismissal on or before January 31, 2025.[1] **As such, the parties hereby STIPULATE that the Early Neutral Evaluation session, currently scheduled for December 20, 2024, may be vacated**, and the parties respectfully request that

///

///

///

---

[1] The parties presently anticipate that all settlement obligations will be fulfilled by this time.

that the Court enter an order to that effect.

**IT IS SO STIPULATED.**

DATED this 17th day of December 2024.

| HATFIELD & ASSOCIATES, LTD. | MGM RESORTS INTERNATIONAL |
|---|---|
| /s/ *Trevor J. Hatfield*<br>Trevor J. Hatfield, Esq.<br>Nevada Bar No.: 7373<br>703 South 8th Street<br>Las Vegas, NV 89101<br>Email: thatfield@hatfieldlawassociates.com<br><br>*Attorneys for Plaintiff* | /s_ *Scott R. Pettitt*<br>Dana L. Howell, NV Bar # 11607<br>Scott R. Pettitt, NV Bar # 11682<br>MGM RESORTS INTERNATIONAL<br>6385 S. Rainbow Blvd., Suite 500<br>Las Vegas, NV 89118<br>Telephone: (702) 692-1937<br>Fax No.: (702) 669-4501<br>Emails: dhowell@mgmresorts.com<br>spettitt@mgmresorts.com<br><br>*Attorneys for Defendants* |

**ORDER**

IT IS SO ORDERED.

Dated:

_____
United States Magistrate Judge

\_\_12/18/2024_____

- 2 -

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 17th day of December 2024, I filed and served the foregoing **STIPULATION AND PROPOSED ORDER** with the Clerk of the Court using the ECF system which served the parties hereto electronically.

DATED: The 17th day of December 2024

/s/ *Trevor J. Hatfield*
By:_____
An employee of Hatfield & Associates, Ltd.