Scott R. Pettitt, NV Bar # 11682
MGM RESORTS INTERNATIONAL
6385 S. Rainbow Blvd., Suite 500
Las Vegas, NV 89118
Telephone: (702) 692- 1937
Fax No.: (702) 669-4501
Emails: spettitt@mgmresorts.com
*Attorney for Defendant Mandalay Bay LLC*

# THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| WEI LIU,<br><br>    Plaintiff<br><br>vs.<br><br>MANDALAY BAY, LLC dba MANDALAY BAY RESORT AND CASINO,<br><br>    Defendant | Case No.: 2:23-cv-01435-CDS-MDC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED, by and between the parties herein, through their respective counsel that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all claims and all parties herein are hereby dismissed with prejudice. Each party will bear her or its own

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

costs and attorneys' fees. All parties appearing have signed this stipulation, and there are no remaining claims or parties.

Dated: January 27, 2025

| HATFIELD & ASSOSCIATES, LTD. | MGM RESORTS INTERNATIONAL |
|---|---|
| By: */s/ Trevor Hatfield* | By: */s/ Scott R. Pettitt* |
| Trevor Hatfield, Esq.<br>703 South Eighth Street<br>Las Vegas, Nevada 89101 | Scott R. Pettitt, NV Bar # 11682<br>MGM RESORTS INTERNATIONAL<br>6385 S. Rainbow Blvd., Suite 500<br>Las Vegas, NV 89118 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**ORDER**

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
UNITED STATES DISTRICT JUDGE

DATED: January 27, 2025

2